FALK et al., Respondents, v. WHEELER, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Kaufman S. Falk and others against Thomas R. Wheeler. G. C. Norton, of New York City, for appellant. K. R. Wallach, of New York City, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 9042, issued to Angelo Percoco.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
JENKS, P. J., and MILLS, J., dissent.

FAXLANGER, Respondent, v. MONARCH PASTE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by George A. Faxlanger against the Monarch Paste Company. No opinion. Judgment and order affirmed, with costs.

FAY, Respondent, v. HERALD CO., Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by James Fay against the Herald Company. M. De Witt, of New York City, for appellant. F. De L. Smith, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FAY v. SUN PRINTING CO. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by James Fay against the Sun Printing Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

FEDERAL TELEPHONE & TELEGRAPH CO., Respondent, v. STEPHENS, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) Action by the Federal Telephone & Telegraph Company against Bradford E. Stephens, impleaded with others. No opinion. Motion granted, and appeal dismissed, with costs. See, also, 154 N. Y. Supp. 1121.

FEDERAL TELEPHONE & TELEGRAPH CO., Respondent, v. STEPHENS, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. May 29, 1915.) Action by the Federal Telephone & Telegraph Company against Bradford E. Stephens, impleaded with others. No opinion. Motion to open default denied, with $10 costs, with leave to renew upon proper papers. See, also, 154 N. Y. Supp. 1121.

In re FENLEY. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) In the matter of the application of Edward T.

Fenley for admission to the bar. No opinion. Application granted.

FISCHEL, Appellant, v. FRIEDLANDER et al., Respondents. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Alexander Fischel against Mayer Friedlander and others, impleaded with H. Otto Wittpenn and others, appellants. S. Meyers, of New York City, for appellant. E. Herrmann, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 166 App. Div. 915, 151 N. Y. Supp. 1115.

FITCH, Respondent, v. SHUBERT THEATRICAL CO., Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Alice M. Fitch, as executrix, etc., against the Shubert Theatrical Company. W. H. Pollak, of New York City, for appellant. M. H. Cane, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FITZGERALD, Respondent, v. KOCH, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by William H. Fitzgerald against William F. Koch, impleaded with others. No opinion. Judgment affirmed, with costs.

In re FOOHEY. (Supreme Court, Appellate Division, Fourth Department. June 9, 1915.) In the matter of the application of Timothy Foohey, as surviving member, etc., for a peremptory writ of mandamus directed to Julius N. Shaw and others, as commissioners, etc.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
See, also, 162 App. Div. 933, 147 N. Y. Supp. 1112.
LAMBERT, J., not sitting.

FOOTE, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Cora A. Foote, as administratrix, etc., against the Pennsylvania Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs.
LAMBERT and MERRELL, JJ., dissent.

FORD v. NEW YORK, N. H. & H. R. CO. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Alice Ford, as administratrix, against the New York, New Haven & Hartford Railroad Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 153 N. Y. Supp. 1115.

FOSTER v. KENNY et al. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Maria Foster against Anna M. Kenny and others; Neal D. Becker, as executor, etc., appellant. No opinion. Interlocutory judgment affirmed, with costs. See, also, 152 N. Y. Supp. 1111.